# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLAIN BRANDT, AN INDIVIDUAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
NANCY L. ALLF, DISTRICT JUDGE,
Respondents,
and
JOSHUA SMITH; LAUREN SMITH,
MEMBERS ON BEHALF OF
THEMSELVES AND DERIVATIVELY
ON BEHALF OF NOMINAL
DEFENDANTS; JOSHCO GROUP, LLC,
D/B/A VETERAN BENEFITS GUIDE;
JOSHCO GROUP TECH, LLC;
VETERAN BENEFITS GUIDE NV, LLC;
VETERAN BENEFITS GUIDE CA, LLC;
KPC HOLDINGS LTD, LLC; AND
MICHAEL LICARI,
Real Parties in Interest.

No. 82852

FILED

OCT 15 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus or prohibition challenges a district court protective order restricting access to privileged information and establishing a framework for reviewing allegedly privileged material. We are not persuaded that our extraordinary and discretionary intervention is warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an

21-29664

extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Specifically, we generally decline to consider writ petitions challenging discovery orders, and we are not convinced that any exceptions to that general rule apply here. *See Okada v. Eighth Judicial Dist. Court*, 134 Nev. 6, 9-10, 408 P.3d 566, 569-70 (2018) (discussing the general rule and its exceptions). Accordingly we,

ORDER the petition DENIED.[1]

_____, C.J.
Hardesty

_____, J.
Stiglich

_____, Sr.J.
Gibbons

cc:   Hon. Nancy L. Allf, District Judge
      McDonald Carano LLP/Las Vegas
      Brownstein Hyatt Farber Schreck, LLP/Las Vegas
      Holland & Hart LLP/Las Vegas
      Hutchison & Steffen, LLC/Las Vegas
      Lipson Neilson P.C.
      Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.